Record of Conference and Orders: Vera M. Scanlon, USMJ          Date: 8/9/2016

Case: Morocho v. D&P Recycle Inc. et al

Civ. A. 15 CV 7294 (VMS)
ECF Recording in 504N:          ☑ Telephone Conference          ☐ In-person Conference

9:25 – 9:39

Counsel: *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s)  ☐ Pro Se Plaintiff(s)  ☑ Counsel for Defendant(s)  ☐ Pro Se Defendant(s)

Conference Type:

☐ Initial Conference  ☐ Status Conference  ☑ Settlement Conference  ☐ Motion Hearing  ☐ Discovery Conference  ☐ JPTO Conference   ☐ Other _____

Further to the conference, discovery and other scheduling dates are as follows:
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record     [21] is granted

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder          ☐ To be served     ☐ To be filed
  ☐ Complaint ☐ Answer                     ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☐ Status conference                        Date:              Time:
  ☐ In person ☐ Telephone (718) 613-2300   To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated         ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed        ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference                    Date:              Time:

Page 1 of 2

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: **Morocho**  Civ. A. **15-7294**

Date: **8/9/2016**

**Additional Orders:**

For the reasons stated on the record today, based on a review of the parties' submissions, the oral argument held on 8/1/16 and today's continued hearing with Ms. Morocho's participation, the settlement is approved as fair and reasonable under Cheeks. The case is to be closed by the Clerk of Court.

Page 2 of 2